# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ROBERT THOMAS MAYS, #245344,  :

    Plaintiff,  :

vs.  :  CIVIL ACTION 10-00576-WS-B

WALTER MYERS, *et al.*,  :

    Defendants.  :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because Plaintiff's claims are either frivolous or fail to state a claim upon which relief may be granted.

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation recommending the dismissal of this action, this

Order adopting the Report and Recommendation, and the Judgment dismissing this action.

**DONE** this 21st day of June, **2011**.

**s/WILLIAM H. STEELE**
**CHIEF UNITED STATES DISTRICT JUDGE**