THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT THOMAS MAYS, #245344,    :

    Plaintiff,                   :

vs.                              :    CIVIL ACTION 10-00576-WS-B

WALTER MYERS, *et al.*,          :

    Defendants.                  :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because Plaintiff's claims in this action are either frivolous or fail to state a claim upon which relief may be granted.

**DONE** this 21st day of June, **2011.**

                                        **s/WILLIAM H. STEELE**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**